UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Clinton Wilson, Jr.,

    Defendant.

_____/

Case: 1:26-cr-20273
Judge: White, Robert J.
MJ: Morris, Patricia T.
Filed: 05-13-2026

Violations:
18 U.S.C. § 2252A(a)(5) and (b)(2)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### Possession of Child Pornography
### 18 U.S.C. § 2252A(a)(5) and (b)(2)

On or about November 20, 2025, in the Eastern District of Michigan, and elsewhere, defendant, Clinton Wilson Jr., knowingly possessed one or more computer hard drives, cell phones, cameras, DVDs, magazines, periodicals, and other material which contained child pornography, as defined in Title 18, United States Code, Section 2256(8), including but not limited to visual depictions of a prepubescent minor and a minor who had not attained 12 years of age engaged in sexually explicit conduct, that had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using

materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5) and (b)(2).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 2253 and 28 U.S.C. § 2461

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253 and 28 U.S.C. § 2461.

2. Upon conviction of one or more of the offenses charged in Count One of the Indictment, Defendant shall, pursuant to Title 18, United States Code, Section 2253, and Title 28, United States Code, Section 2461, forfeit to the United States the following:

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.     Substitute Assets:  If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

   a.  Cannot be located upon the exercise of due diligence;

   b.  Has been transferred or sold to, or deposited with, a third party;

   c.  Has been placed beyond the jurisdiction of the Court;

   d.  Has been substantially diminished in value; or

   e.  Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

Dated: May 13, 2026                                    THIS IS A TRUE BILL


                                                       s/Grand Jury Foreperson
                                                       GRAND JURY FOREPERSON

JEROME F. GORGON, JR.
United States Attorney


s/Anthony P. Vance                         s/Katharine Hemann
ANTHONY P. VANCE                           KATHARINE HEMANN
Assistant United States Attorney           Assistant U.S. Attorney
Chief, Branch Offices                      101 First Street, Suite 200
600 Church Street                          Bay City, Michigan 48708-5747
Flint, Michigan 48502-1280                 Phone: (989) 895-5712
Phone: (810) 766-5177                      Katharine.Hemann@usdoj.gov
anthony.vance@usdoj.gov                    Washington Bar No: 46237
P61148

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:

☐ Yes ☒ No

Case: 1:26-cr-20273
Judge: White, Robert J.
MJ: Morris, Patricia T.
Filed: 05-13-2026

**Case Title:** USA v. Clinton Wilson, Jr.

**County where offense occurred :** Saginaw County

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

    ✓ Indictment/____Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [**Case number:**          ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 13, 2026
Date

s/Katharine Hemann

101 First St. Ste. 200
Bay City, MI 48708
989-895-5712
Fax: 989-895-5790
E-Mail address: Katharine.Hemann@usdoj.gov
Attorney Bar #: WSBA #46237

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.